*UNITED STATES DISTRICT COURT FOR THE*
*EASTERN DISTRICT OF PENNSYLVANIA*

| | |
|---|---|
| CASSIA ENRIGHT , A MINOR and DONALD ENRIGHT AND SANDRA ENRIGHT, AS PARENTS AND: GUARDIAN OF CASSIA ENRIGHT and DONALD AND SANDRA ENRIGHT IN THEIR OWN RIGHT | : <br><br><br> Civil Action <br><br> No. 04-cv-1653 |
| v. | : <br> : |
| SPRINGFIELD SCHOOL DISTRICT and DR. JOSEPH O'BRIEN, SUPERINTENDENT SPRINGFIELD SCHOOL DISTRICT, et al.: | : <br> : |

PLAINTIFFS FIRST SUPPLEMENTAL
INSTRUCTION

For a first supplemental instruction. Plaintiffs propose:

SUPPLEMENTAL INSRUCTION

TAKE PLAINTFF AS YOU FIND HER

A defendant is responsible for the consequences of his actions against the plaintiff, Cassia Enright, as the plaintiff exists. A defendant or defendants takes a plaintiff as he or they find her and is responsible for the consequences of his or their actions, even if the consequences would be greater towards the plaintiff than some other person without his condition or conditions. Under this rule, the defendant or defendants need not be aware of the specific condition or vulnerabilities of the plaintiff.[1]

---

[1] Offsend v. Atlantic Refining Co., 322 Pa. 399, 185 A.745

Respectfully submitted,


/s/ Andrew F. Erba
Andrew F. Erba, Esquire
Sherri Eyer, Esquire
Gerald Williams, Esquire
Williams Cuker Berezofsky
1617 J.F.K. Blvd. Suite 800
Philadelphia, PA 19103

CERTIFICATE OF SERVICE

It is certified that the foregoing was served on the following, at the addresses and manner below:

Ellis Katz, Esquire
John Riba, Esquire
Sweet, Stevens, Tucker & Katz, LLP
331 East Butler Avenue
Post Office Box 5069
New Britain, PA 18901
By Hand Delivery and Electronic Service

George P. Noel, Esquire
25 E. Second Street P.O. Box 159
Media, PA 19063

S. Stanton Miller, Esquire
Dunn and Miller
211-213 North Olive Street
P. O Box 747
Media, PA 19063

Joseph Malley, Esquire
205 North Monroe Street
P.O. Box 689
Media Pa, 19063