```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
CASSIA ENRIGHT, ET AL
                                 :           CIVIL ACTION
                                 :
         v.                      :
                                 :
SPRINGFIELD SCHOOL DISTRICT      :           NO. 04-1653

         v.

J.W. AND T.P., ET AL
```

## CIVIL JUDGMENT

Before the Honorable J. Curtis Joyner

　　　　AND NOW, this  5TH  day of  DECEMBER, 2006 , in accordance with  the verdict rendered,

　　　　IT IS ORDERED that Judgment be and the same is hereby entered in favor of  Cassia Enright against Springfield School District for $400,000.00; in favor of Springfield School and against Donald and Sandra Enright; in favor of Springfield School and against T.P. for $1.00 and J.W. for $1.00.

```
                              BY THE COURT

                              ATTEST: s/ ANGELA J. MICKIE
                                      Angela Mickie
                                      Deputy Clerk
```

Civ 1 (8/80)