IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSIA ENRIGHT, a minor and DONALD ENRIGHT and SANDRA ENRIGHT, as Parents and Guardian of CASSIA ENRIGHT and DONALD ENRIGHT and SANDRA ENRIGHT in their own right<br>Plaintiffs<br><br>VS.<br><br>SPRINGFIELD SCHOOL DISTRICT<br><br>Defendants | CIVIL ACTION<br><br>NO. 04-CV-1653 |

FILED
MAR - 5 2009
MICHAEL E. ...iZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 3rd day of March, 2009, upon consideration of plaintiff's unopposed motion pursuant to Local Rule 41.2, the motion is granted.

It is hereby **ORDERED** that settlement of this matter is approved, and distribution of the funds may be made as follows:

(1)   to Donald and Sandra Enright: _$17,152.99_

(2)   to Williams Cuker Berezofsky for costs incurred: _$36,707.96_

(3)   to Williams Cuker Berezofsky for counsel fee: _$141,871.33_

It is further **ORDERED** that Donald L. Enright and Sandra M. Enright shall enter into, execute and abide by the terms of the Draft Cassia M. Enright Structured Settlement Assignment Agreement Attached hereto as Exhibit "D"

and further that

Gerald J. Williams, as counsel for the minor Cassia Enright, shall arrange to have, upon receipt of valid and collectible funds deposited into the escrow account of Williams Cuker

Berezofsky, issued a check from same escrow account in the amount of Two Hundred Twenty Nine Thousand Eight Hundred Eighty One Dollars and Seventy-Two Cents ($229,881.72), Payable to: SunTrust Bank as Trustee of the Cassia M. Enright Structured Settlement Administration Trust.

BY THE COURT:

_____
JOYNER, J. OR U.S.D.C.J.